# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Case No: 8:09-bk-27349-KRM

In Re:                                                             Chapter 13

Perry Lynn Lawrence
Shyanne Marie Lawrence
_____/

## REPORT OF UNCLAIMED FUNDS

Comes now, Kelly Remick, Chapter 13 Standing Trustee, and respectfully shows that, pursuant to orders dismissing cases, orders of conversion, and orders of distribution, and as shown below, she has made distribution of all monies received, and all checks issued prior to September 30, 2015, have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 1035299 | $49.75 | Bay Area Urological Associates<br>c/o Medical Business Consultants<br>11701 Belcher Road S., Ste 113<br>Largo, FL 33773 |

The Trustee further states that more than ninety (90) days have elapsed since the declaration of the dividends, and pursuant to the provisions of 11 U.S.C. Section 347, the undersigned attaches funds totaling $49.75 for this case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry, and states that the claimant(s) entitled to these funds is/are listed above.

Respectfully submitted on February 5, 2016

                                                          /s/ Kelly Remick
                                                          Kelly Remick
                                                          Chapter 13 Trustee
                                                          P.O. Box 6099
                                                          Sun City Center, Florida 33571-6099
                                                          Phone (813) 658-1165
                                                          Fax (813) 658-1166

Cc: Clerk, U.S. Bankruptcy Court/Court Registry